No. 10-7023. Gypsy Lawson and Fran Ogren, Petitioners v. United States.

562 U.S. 1051, 131 S. Ct. 618, 178 L. Ed. 2d 449, 2010 U.S. LEXIS 8931.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 712.

No. 10-7024. Lawrence Maher, Petitioner v. United States.

562 U.S. 1052, 131 S. Ct. 618, 178 L. Ed. 2d 449, 2010 U.S. LEXIS 8981.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-7028. Henry Zambrano Rodriguez, Petitioner v. United States.

562 U.S. 1052, 131 S. Ct. 618, 178 L. Ed. 2d 449, 2010 U.S. LEXIS 8854.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-7034. Victor Vallin-Jauregui, Petitioner v. United States.

562 U.S. 1052, 131 S. Ct. 618, 178 L. Ed. 2d 449, 2010 U.S. LEXIS 8946.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 387 Fed. Appx. 745.

No. 10-7035. Jonathan Lee Vernier, Petitioner v. United States.

562 U.S. 1052, 131 S. Ct. 619, 178 L. Ed. 2d 449, 2010 U.S. LEXIS 8920.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 381 Fed. Appx. 325.

No. 10-7038. Dewey B. Powell, Petitioner v. United States.

562 U.S. 1052, 131 S. Ct. 619, 178 L. Ed. 2d 449, 2010 U.S. LEXIS 8978.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-7040. Charlie Russell McCasland, Petitioner v. United States.

562 U.S. 1052, 131 S. Ct. 619, 178 L. Ed. 2d 449, 2010 U.S. LEXIS 8896.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 380 Fed. Appx. 622.

No. 10-7045. Hanoi Barbaro Acosta, Petitioner v. United States.

562 U.S. 1052, 131 S. Ct. 619, 178 L. Ed. 2d 449, 2010 U.S. LEXIS 8971.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 620.